

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00621-CV

**Angelica Garza Duque**

**v.**

**Wells Fargo, N.A.**

NO. 12-DCV-199193 IN THE 400TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 11/22/2013 | E-PAID | APE |
| MT FEE | $10.00 | 10/10/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/10/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/23/2013 | E-PAID | ANT |
| RPT RECORD | $132.00 | 08/23/2013 | PAID | ANT |
| CLK RECORD | $1,029.00 | 08/15/2013 | PAID | ANT |
| FILING | $175.00 | 08/14/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/08/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,367.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 15, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT